IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PETROCHOICE HOLDINGS, INC.  :  CIVIL ACTION

v.  :

FRANCIS S. OROBONO, JR.  :  NO.:  19-cv-6152

O R D E R

AND NOW, this **26**th day of **FEBRUARY 2020**, in accordance with the
court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above-captioned case is reassigned from the
calendar of the Honorable Timothy J. Savage, to the calendar of the Honorable
John M. Gallagher.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

Kate Barkman
_____
KATE BARKMAN
Clerk of Court