IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PETROCHOICE HOLDINGS, INC.  :

    v.  :  NO. 19-6152

FRANCIS S. OROBONO, JR.  :

## CONFERENCE ORDER

**AND NOW**, this 13th day of May, 2020, **IT IS ORDERED** that the settlement conference in the above-captioned matter, scheduled for Tuesday, August 4, 2020, is **HEREBY CANCELLED** per request of all counsel.

BY THE COURT:

/s/Jacob P. Hart
_____
JACOB P. HART, MJ