IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------- x

PETROCHOICE HOLDINGS, INC.
        Plaintiff,

- against -

FRANCIS S. OROBONO, JR.,

        Defendant.

------------------------------------- x

<u>CIVIL ACTION</u>

No. 19-6152-JMG

## **JOINT STIPULATION**

This Joint Stipulation is made by and between Plaintiff PetroChoice Holdings, Inc. ("Plaintiffs") and Defendant Francis S. Orobono, Jr. ("Defendant") (collectively "the Parties"), by and through their counsel, with reference to the following:

1. Plaintiff filed suit against Defendant on December 27, 2019 (the "Complaint"). Count III of the Complaint is for Violation of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, *et seq.* (the "CFAA").

2. On February 10, 2020, Defendant filed a Partial Motion to Dismiss Counts III, VII, VIII, and IX. The motion is fully briefed.

3. The Parties have agreed that Plaintiff will dismiss, without prejudice, the Count III CFAA claim in exchange for Defendant withdrawing, without prejudice, the entirety of his Partial Motion to Dismiss.

4. THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that Plaintiff will voluntarily dismiss, without prejudice, Count III of its

Complaint and Defendant will withdraw in its entirety its Partial Motion to Dismiss, without prejudice.

**IT IS SO STIPULATED.**

Dated this 2nd day of June, 2020.

Respectfully Submitted,

| | |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH LLP | LAMB McERLANE PC |
| By: /s/ *Jon Jay Olafson* | By: /s/ *Mary-Ellen H. Allen* |
| Steven D. Urgo, ID No. 62773 | Joel L. Frank, ID No. 46601 |
| 550 E. Swedesford Road, Suite 270 | Mary-Ellen H. Allen, ID No. 83885 |
| Wayne, Pennsylvania 19087 | 24 East Market Street |
| Telephone: 215.977.4078 | Post Office Box 565 |
| steven.urgo@lewisbrisbois.com | West Chester, PA 19381-0565 |
| | 610-430-8000 |
| Jon Jay Olafson | jfrank@lambmcerlane.com |
| 1700 Lincoln Street, Suite 4000 | mallen@lambmcerlane.com |
| Denver, CO 80203 | |
| Telephone: 303.861.7760 | *Attorneys for Defendant* |
| Jon.Olafson@lewisbrisbois.com | |
| | |
| Kayla Dawn Dreyer | |
| 1700 Lincoln Street, Suite 4000 | |
| Denver, CO 80203 | |
| Telephone: 303.861.7760 | |
| Kayla.Dreyer@lewisbrisbois.com | |
| | |
| *Attorneys for Plaintiff* | |
| *PetroChoice Holdings, Inc.* | |

Civil Case No. 2:19-cv-06152-JMG

## ORDER APPROVING STIPULATION TO REMAND

**WHEREAS**, on June  2nd  , 2020, Plaintiff and Defendant in the above-captioned action filed a Joint Stipulation. The Court having reviewed the Joint Stipulation and for good cause appearing, Orders as follows:

1.   The Parties' Joint Stipulation is approved;

2.   Plaintiff will voluntarily dismiss, without prejudice, Count III of its Complaint and Defendant will withdraw in its entirety its Partial Motion to Dismiss, without prejudice.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John M. Gallagher
_____

JOHN M. GALLAGHER, U.S.D.J.

Dated:  August 6, 2020