# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETROCHOICE HOLDINGS, INC., : <br> Plaintiff, : <br> : <br> v. : <br> : <br> FRANCIS S. OROBONO, JR., : <br> Defendant. : | Civil No. 2:19-cv-06152-JMG |

## ORDER

**AND NOW**, this 26th day of January, 2021, the Court hereby gives Notice to the parties of its intent to appoint a Special Master under Rule 53 of the Federal Rules of Civil Procedure to facilitate resolution of discovery issues. The detailed review necessary to address the issues raised by the parties will require a substantial time commitment and, given the demands of the Court's docket, these issues cannot be addressed efficiently by the Court. It is therefore in the interest of justice, and in the best interests of the parties, to have the issue addressed by a Special Discovery Master.

Based on the forgoing, the Court proposes to appoint, as Special Discovery Master, Attorney Dennis R. Suplee, the fees for whom shall be borne by the Parties and apportioned pursuant to the respective success of each Parties' discovery challenges.

The parties are hereby ORDERED to raise any objections they have to the appointment of Attorney Suplee within ten days of the date of this Order.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge