IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA
NO. 19-6152-JMG

- - -

PETROCHOICE HOLDINGS, INC.,   :   DEPOSITION UPON
       Plaintiff,   :
                            :   ORAL EXAMINATION
                            :
      - vs -             :      OF
                            :
FRANCIS S. OROBONO, JR.,   :
       Defendant.:   TORRI FETZNER

- - -

Zoom Deposition taken pursuant to notice was held on Friday, February 19, 2021, beginning at 10:00 a.m., before Eva Hudson, Professional Court Stenographer and Notary Public, with all counsel being in their respective locations.

MAGNA LEGAL SERVICES

866-624-6221

www.MagnaLS.com



Page 17

1   A         Yes.
2   Q         And when did those conversations take place?
3   A         I don't know the exact dates.
4   Q         I don't want you to guess but a general time
5   frame would be helpful, such as whether those
6   conversations occurred pre or post-pandemic.
7   A         Pre-pandemic.  It was less than three years
8   ago we'll say when I went to the Wynn's line.
9   Q         Since you've gone to the Wynn's line have
10  you worked with Mr. Yates in any capacity?
11  A         Yes.
12  Q         What capacity has ACTS worked with
13  Mr. Yates?
14  A         It was not ACTS.  It was myself.
15  Q         Okay.  Could you explain to me the
16  difference in this context?
17  A         Well, the difference is he had business that
18  was tied with a distribution point that Jack Williams
19  had taken on, and I went to some meetings with him to
20  help close some of the business.
21  Q         Could you please tell me a little more
22  details about that?
23  A         In what manner?
24  Q         I think you said a distribution point; is



Page 18

```
 1   that correct?
 2   A         Yes.
 3   Q         Okay.  What was the distribution point?
 4   A         Jack Williams -- Jack Williams distribution
 5   point of Wynn's Products.
 6   Q         And I apologize.  I am not -- I don't work
 7   in your industry but what does that mean, distribution
 8   point?
 9   A         They were awarded a territory to work on,
10   not an exclusive territory but an awarded territory to
11   be able to sell the Wynn's product line which Ed Yates
12   had basically put together.
13   Q         And when you say they were awarded, are you
14   referring to Jack Williams Tire?
15   A         Yes, Jack Williams Tire.
16   Q         And were they awarded that territory by
17   Wynn's or someone else?
18   A         By Wynn's Products Northeast.
19   Q         Wynn's Products Northeast.
20             Was that a different territory than ACTS's
21   territory?
22   A         The immediate award of the territory was
23   pieces that ACTS had given -- I don't know the word,
24   but had given to them, per se, that had relinquished
```



Page 19

1   them.  And there was an overlay of area, as well.
2   Q        Did ACTS relinquish the territory back to
3   Wynn's or relinquish the territory directly to Jack
4   Williams Tire?
5   A        Relinquished it to Wynn's Products
6   Northeast, who awarded it to Jack Williams Tire.
7   Q        Do you recall what those pieces of territory
8   consisted of?
9   A        Yes.  That would have been the piece from
10  Penn State east up to Reading, and then through
11  communication of overlay of anything that would be in
12  ACTS's territory.
13  Q        What does overlay mean?  And I apologize for
14  my ignorance.
15  A        No worries.
16           Overlay would be where they -- if they were
17  to go into any dealership or group or account, they
18  need to communicate so that it doesn't affect the
19  salespeople of ACTS, so we're not fighting for the
20  same place with the same product line.
21  Q        Thank you for explaining that.
22           Why did ACTS relinquish pieces of its
23  territory?
24  A        Because it knows the owner, WPN.



Page 20

 1   Q         What is WPN?
 2   A         Wynn's Products Northeast.
 3   Q         Okay.  I'm sorry.  Could you say that again?
 4   I didn't understand the response.
 5   A         The owner -- basically, ACTS gave it up due
 6   to the fact that Wynn's Products Northeast was
 7   basically looking to put together -- because its sole
 8   purpose, Wynn's Products Northeast, is to set up
 9   distribution points.  Let's put it that way.  And they
10   relinquished part of that to bring in another
11   distributor point.
12   Q         Okay.
13   A         Lack of coverage on ACTS's side would have
14   been the major factor.
15   Q         Lack of coverage, what does that mean
16   exactly?
17   A         Penetration.
18             So we -- everything in our side of the
19   chemical world is how deeply you penetrate
20   dealership-to-car ratio.  So how many cars are out
21   there, how much your penetration is on how much
22   product is sold into that car ratio.  And it was no
23   representation from that area out, and poor
24   representation by ACTS in the areas such as Jersey and



Page 21

```
 1   New York and stuff of that nature.
 2   Q          Is ACTS's role -- please correct this
 3   statement because it might be wildly inaccurate -- is
 4   it to sell Wynn's product and then coordinate with
 5   Wynn's to put in orders for those companies, accept
 6   shipment, and then relay that to the dealerships?
 7   A          So ACTS is a distributor, a distribution
 8   point of Wynn's Products Northeast.  That's where ACTS
 9   gets its orders from.
10   Q          Does WPNE have any ownership interest in
11   ACTS?
12   A          No ownership interaction, no.
13   Q          Is there any sort of formal business
14   relationship between WPN and ACTS?
15   A          They share the same owner.
16   Q          Wait.  ACTS and WPN share the same owner?
17   A          Yeah, that's me.
18   Q          Oh.  I did not know that.  Okay.  So this
19   makes sense now.
20              So you are the owner of WPNE?
21   A          Yes.  WPN.
22   Q          Oh, WPN.  Sorry.
23              Do you own any other businesses that also
24   operate within this chemical space?
```



Page 24

```
 1   point for WPN?
 2   A         Yes.
 3   Q         Do you know Fran Orobono?
 4   A         I do.
 5   Q         And how do you know Mr. Orobono?
 6   A         Again, through the industry.
 7   Q         A big small industry, right?
 8   A         Correct.
 9   Q         Have you worked with Mr. Orobono since he's
10   been at Jack Williams Tire?
11   A         I haven't really worked with him.  My main
12   contact at Jack Williams Tire is Scott Williams.  I
13   believe he's the son of the father of the owner, I
14   believe.  And the guy that runs all of the Wynn's side
15   of things is Ed Yates.
16             Fran has -- the contact we've had is we've
17   invited a lot of their people to our training in the
18   onset, which we do a big training piece due to the way
19   we support our distributers.
20   Q         Can you tell me a little bit -- when you say
21   we provide a training, who provides that training?
22   A         Wynn's Products Northeast.
23   Q         WPN?
24   A         Correct.
```



Page 26

1   Q         I was going to ask you more about training
2   and then I got sidetracked on e-mail.
3             WPN provides those trainings, correct?
4   A         Yes.
5   Q         Does WPN provide those to all companies
6   awarded distribution points?
7   A         Wynn's Products Northeast does, yes.
8   Q         WPN?
9   A         WPN, yes.
10  Q         How many distribution points does WPN have?
11  A         Ten.
12  Q         And what does that training consist of?
13  A         Product mix on how it works, how it's
14  supplied, how to sell it into the dealership, all the
15  programs that we do offer, what our support mechanism
16  looks like.
17            I mean, it could be anywhere from how to
18  close a sale, how to acquire new employees business,
19  so on and so forth.
20            I mean, there's a multitude of different
21  ones.  I mean, it could change depending on the
22  distributor and how we approach it.  Not how we
23  approach it, how we acquire the distributor.
24            It could be a chemical company that's



Page 27

1  selling a competitive brand that comes over to us.
2  And it's a different way of training than it would be,
3  you know, going into a place that's never sold it.
4  It's not a set way of training, if that's what you're
5  asking.
6  Q        WPN, does it formulate those trainings or
7  does it get the trainings from another source such as
8  Wynn's USA?
9  A        We get some training from Wynn's, yes.  Our
10 support mechanism does come from Wynn's, as well.  But
11 as far as the training itself, I'm pretty versed in
12 the industry.  I've been doing it for some time.  I do
13 a lot of the training myself.  Plus, I bring in other
14 people that do training that are outside of Wynn's for
15 other avenues of products that we do sell.
16 Q        Are there more than one trainings,
17 typically?
18 A        Yes.
19 Q        How many trainings are there?
20 A        There's no set amount.  It comes down to
21 until we feel comfortable where we've trained the
22 trainer and got them off on their best foot.
23 Q        In the case of Jack Williams Tire, who was
24 the trainer or trainers that you were training?



Page 30

```
 1    A          From time to time, yeah.
 2    Q          And what would that communication have been
 3    related to?
 4    A          When he came down to -- I mean, mainly when
 5    we came down we kind of made a connection, smoked a
 6    cigar, you know, a cocktail-type thing.  I figured
 7    we'd go out to have a cocktail and a cigar.
 8    Q          When you say "when came down," does that
 9    mean when he came down --
10    A          I'm sorry to talk over you.  It was 375
11    Ivyland is where he was coming down to for training.
12    Q          Is that the onset training?
13    A          Yes.
14    Q          And at that time did you guys discuss the
15    new territory that Jack Williams had acquired?
16    A          I would assume.  No.  I would have assumed
17    he would have known what it was at that point.  I
18    can't assume.  I mean, it was more so in training.  We
19    had a set itinerary for that day, the next few days.
20    Q          Was it your impression or understanding that
21    Mr. Orobono was going to be involved in the sale of
22    Wynn's product at JWT?
23    A          Was what again, my impression?
24    Q          Was it your impression or understanding that
```



Page 31

1  Mr. Orobono was involved in the sale or distribution
2  of Wynn's chemical product on behalf of Jack Williams
3  Tire?
4  A        I don't know if it was my impression.  If he
5  was coming down, I would have thought that that would
6  have been the case.  But I understood it that my -- I
7  was to -- my main concern was Ed Yates, trying to get
8  him trained.
9  Q        And aside from that communication when you
10 all had cigarettes and cocktails --
11 A        Not cigarettes.  Don't say that.
12 Q        I'm sorry.
13 A        My wife is in the other room here.  Cigars.
14 Q        I get it.  I get it.  I gave them up before
15 I turned 30.
16 A        Okay.
17 Q        Aside from that, when you guys socialized at
18 the onset training did you have any other
19 communication with Mr. Orobono since he's been at Jack
20 Williams Tire?
21 A        On business?
22 Q        Yes, on business.
23 A        I mean, I don't recollect that I've had like
24 huge business discussions that often with him.



Page 64

1  A      Well, a lot of it is confidential stuff on
2  meetings that have occurred, videos of other meetings
3  that have gone on as far as big what we call summit
4  meetings, you know, point of sale.  You know, it has
5  all of the stuff, you know, features and benefits of
6  our products.  All of that stuff is basically put in
7  there.
8  Q      Did Mr. Orobono and/or Mr. Yates request
9  access to that Share Point?
10 A      I think I requested it for them.
11 Q      Is access to that information necessary for
12 distributors to be able to provide the services
13 necessary to their customer base?
14 A      I mean, it's necessary for them to
15 understand, you know, that all of that information is
16 available.  We might have been in the courting process
17 then.  So they can see the robust piece of what we
18 have.
19 Q      So is there a lot of important stuff in
20 there for the distributors?
21 A      Yeah, there's quite a bit of important stuff
22 in there, yeah.
23 Q      Did anyone else from Jack Williams Tire ever
24 get access to the Share Point?

