```
 1            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2
      PETROCHOICE HOLDINGS, INC.,  ) No.  19-6152
 3               Plaintiff         )
                                   )
 4         vs.                     )
                                   )
 5    FRANCIS S. OROBONO, JR.,     )
                 Defendant         )
 6
 7            DEPOSITION OF COREY McCALICHER
 8               Taken in the law offices of Lewis
 9    Brisbois Bisgaard & Smith,  LLP, 550 East
10    Swedesford Road, Suite 270, Wayne, Pennsylvania, on
11    Tuesday, February 9, 2021, commencing at
12    1:30 p.m., by Leandra M. Stoudt, RPR, CBC, CCP,
13    CRR, Notary Public.
14
15    APPEARANCES:
16         LEWIS BRISBOIS BISGARD & SMITH
           By:  Steven D. Urgo, Esq.
17         550 East Swedesford Road, Suite 270
           Wayne, PA 19087
18         steven.urgo@lewisbrisbois.com
           -- For the Plaintiff
19
           LAMB McERLANE, PC
20         By:  Mary-Ellen H. Allen, Esq.
           24 East Market Street
21         West Chester, PA 19381-0565
           mallen@lambmcerlane.com
22         -- For the Defendant
23    Also Present:  Francis S. Orobono, Jr.
24
25
```

Page 18

1  Q.          Did you ever go out and visit the
2  Kennedy Group?
3  A.          Nope.
4  Q.          Did you have any contact with anybody
5  at the Kennedy Group?
6  A.          Only Scott Wister as we were losing
7  the business.
8  Q.          Did you ever speak with anyone else at
9  the Kennedy Group?
10 A.          No.
11 Q.          When did you speak with Mr. Wister?
12 A.          Specifically, I do not recall.  But I
13 know it was the month of October of 2019.
14 Q.          How did you communicate with him?  Was
15 it verbal?  In writing?  Both?
16 A.          Verbal, via phone call.
17 Q.          Who initiated the phone call?
18 A.          I did.
19 Q.          Why did you call him?
20 A.          Michael Gawlinski had notified me that
21 he was requested to remove the loaned equipment.
22 Q.          What else did Mr. Gawlinski tell you?
23 A.          That's all that I remember.
24 Q.          So he just came to you and said
25 Kennedy Group has requested that we remove the

1   equipment?
2   A.             Due to a vendor change, yeah.
3   Q.             Did you ask him why?
4   A.             I asked him several questions, of
5   which I don't specifically remember.  But obviously
6   I was asking questions in relevance to his request.
7   He did not provide too much information.
8   Q.             Did he provide any information other
9   than what you've told me?
10  A.             Not that I recall.
11  Q.             So was that -- at that point did you
12  call Scott Wister or did you do anything else at
13  first?
14  A.             No, I called Scott Wister following
15  that.
16  Q.             Tell me about the details of that
17  conversation.
18  A.             I just followed up on the said request
19  to Michael.  And I asked him based on my memory, I
20  asked him a few questions surrounding vendor
21  change.  And he said they made their decision and,
22  you know, he would like us to pick up our loaned
23  equipment.
24  Q.             And what questions did you ask him
25  about the vendor change?

Page 20

1   A.              I asked him who he switched to.  He
2   said he was switching to Wynns.  And I asked who
3   was supplying the product and equipment, and he
4   said Jack Williams Tire.
5   Q.              Did he express he was -- he or Kennedy
6   Group was dissatisfied with PetroChoice in any way?
7   A.              No.
8   Q.              He never expressed the service was
9   poor?
10  A.              No.
11  Q.              Did he express any displeasure with
12  Mr. Gawlinski?
13  A.              Only in relevance to the
14  confrontation.
15  Q.              What confrontation are you referring
16  to?
17  A.              The confrontation between Fran and
18  Mike Gawlinski.
19  Q.              What is your understanding of that
20  confrontation?
21  A.              My understanding is there was a
22  certain point or period of time where one of the
23  two parties walked in somewhere, and there was a,
24  to my understanding, a verbal altercation.  And
25  that really is the most details that I have