```
                                                         Page 1

 1              COURT OF COMMON PLEAS
           PHILADELPHIA COUNTY, PENNSYLVANIA
 2                   -  -  -
 3   PETROCHOICE HOLDINGS,   :  NO: 19-6152
     INC.                    :
 4              Plaintiff    :
                             :
 5         v.                :
                             :
 6   FRANCIS S. OROBONO, JR. :
                             :
 7              Defendant    :
 8
 9                   -  -  -
10              November 3, 2020
11                   -  -  -
12         Oral deposition of DAVID DiGIACOMO,
13      taken pursuant to notice, held at 103
14      Lewis, Brisbois, Bisgaard & Smith, 550
15      East Swedesford Road, Suite 270, Wayne,
16      Pennsylvania 19087, beginning at
17      approximately 9:30 a.m., before Mary
18      Hammond, a Registered Professional
19      Reporter and Notary Public in the state of
20      Pennsylvania.
21                   -  -  -
22
23
24
```

1    Q.   Okay.  And from whom does O'Neil now
2    purchase its automotive chemical products?
3    A.   I don't know the answer to that.
4    Q.   Would Mr. Walker know the answer to that?
5    A.   Yes.
6    Q.   And the reason for my question is it's
7    being claimed as an element of damages, the loss
8    profits, so I am trying to find out why it is being
9    claimed.
10   A.   I believe those were the questions that
11   were outside of the first bullet, and that would be
12   for Mr. Walker.
13   Q.   Okay.  And if that's the case, just let me
14   know.
15   A.   Okay.
16   Q.   And the Kennedy Group is listed there as
17   well.
18        It's my understanding that Mr. Walker will
19   have information regarding the alleged loss from the
20   Kennedy Group; is that correct?
21   A.   Yes.  Yes.
22   Q.   Let me finish before you answer, so the
23   court reporter can take it down.
24        Down a little bit lower, do you see where

1    it says, "Plaintiff has currently valued its loss
2    profits as being equal to its lost economic value,
3    which totals $349,763.05," do you see that?
4         A.   Yes.
5         Q.   And, Mr. DiGiacomo, did you participate in
6    calculating that figure?
7         A.   I did.
8         Q.   And how did you calculate that figure?
9         A.   So that figure was calculated by taking
10   the gross profits from the lost business
11   relationships, less the estimated operating expenses
12   to fulfill those customers to derive an EBIDA,
13   Earnings Before Income Taxes Depreciation and
14   amortization.  That EBIDA value was then applied
15   a -- what's called a multiple to determine the value
16   of those customers for our business that a
17   third-party would pay for, you know, the value of
18   those customers.
19             So those losses, you know, have now caused
20   our business, you know, to be worth $349,763 less.
21        Q.   When you say -- okay.
22             When you say "you apply a multiple," what
23   do you mean by that?
24        A.   It's a common approach in valuing a

```
 1    business.  You look at the profits of the business
 2    or EBIDA of the business, and you apply multiple --
 3    a factor on top of that when you go to value a
 4    business, you know, business' profits.
 5         Q.   Is PetroChoice planning to sell its
 6    business any time in the near future?
 7              MR. URGO:  Objection.  It's beyond
 8         the scope of what he's been asked.
 9              MS. ALLEN:  That's the -- that's what
10         they used for -- to value the damages,
11         valuation of business.
12              THE WITNESS:  That's not
13         necessarily -- it's to determine the
14         economic value of those customers that are
15         lost, and that's the value that I no
16         longer have for our business.
17    BY MS. ALLEN:
18         Q.   And what documents did you use to
19    calculate that $349,000 figure?
20         A.   Internal sales and profit reports.
21         Q.   And over what period of time did those
22    internal sales and profit reports span?
23         A.   It was over a 12-month period.
24         Q.   And what 12-month period?
```

```
 1         A.    To derive an analyzed value.
 2         Q.    What 12-month period?
 3         A.    I don't recall the exact date.  It was a
 4   proxy for their annualized profits.
 5         Q.    And those internal sales and profit
 6   reports, who created those?
 7         A.    They come from our financial systems.
 8         Q.    What do you mean by that?
 9         A.    Just reports generated from our financial
10   systems.
11         Q.    Who generated that report?
12         A.    Various people can generate those reports.
13         Q.    Do you know who those people are for those
14   particular reports that you've used to calculate the
15   $349,000 figure?
16         A.    I can generate those reports, so I
17   generate them.
18         Q.    Did you generate them in this particular
19   instance?
20         A.    To look at those numbers, yes.
21         Q.    You see where it says "Defendant's loss of
22   business from the Kennedy Auto Group resulted in a
23   gross profit loss of $68,202.61,"  Do you see that?
24         A.    Yes.
```