IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------- x
PETROCHOICE HOLDINGS, INC.                :
    Plaintiff,                    :  <u>CIVIL ACTION</u>
               :
  - against -                           :
               :  No. 19-6152-JMG
FRANCIS S. OROBONO, JR.,                  :
               :
    Defendant.                    :
------------------------------------- :
               :
              x

## APPENDIX

Exhibit 1 – Declaration of Robert Walker in Support of Plaintiff's Motion for Summary Judgment

Exhibit 2 – Defendant's Responses to Plaintiff's Requests for Admissions Dated September 8, 2020

Exhibit 3 – Deposition of Defendant Francis Orobono Dated September 22, 2020

Exhibit 4 – Deposition of Robert Walker Dated November 3, 2020

Exhibit 5 – Deposition of Torri Fetzner Dated February 19, 2021

Exhibit 6 – Deposition of Scott Williams Dated February 21, 2021

Exhibit 7 – Deposition of Corey McCalicher Dated February 9, 2021

Exhibit 8 – Deposition of David DiGiacomo Dated November 3, 2020

Dated this 1st day of June, 2020.

                                              Respectfully Submitted,

                                              LEWIS BRISBOIS BISGAARD & SMITH LLP

                                              By: ___*/s/ Kayla Dawn Dreyer*_____
                                                      Steven D. Urgo
                                                      550 E. Swedesford Road, Suite 270
                                                      Wayne, Pennsylvania 19087
                                                      Telephone: 215.977.4078
                                                      E-mail: steven.urgo@lewisbrisbois.com
                                                      *Attorneys for Plaintiff*
                                                      *PetroChoice Holdings, Inc.*

                                                      Jon Jay Olafson
                                                      1700 Lincoln Street, Suite 4000
                                                      Denver, CO 80203
                                                      Telephone: 303.861.7760
                                                      Jon.Olafson@lewisbrisbois.com

                                                      Kayla Dawn Dreyer
                                                      1700 Lincoln Street, Suite 4000
                                                      Denver, CO 80203
                                                      Telephone: 303.861.7760
                                                      Kayla.Dreyer@lewisbrisbois.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 1st day of June, 2020, the undersigned served the foregoing **APPENDIX** upon counsel via ECF:

Joel L. Frank
Lamb McErlane PC
24 East Market Street
P.O. Box 565
West Chester, PA 19381-0565
jfrank@lambmcerlane.com

Mary-Ellen H. Allen
Lamb McErlane PC
24 East Market Street
P.O. Box 565
West Chester, PA 19381-0565
mallen@lambmcerlane.com
mallen@chescolaw.com

            /s/ *Kayla Dawn Dreyer*
             *A duly signed original is on file at the*
             *Law Offices of LEWIS BRISBOIS*