# EXHIBIT 9

**PETROCHOICE HOLDINGS, INC.'S REPLY IN SUPPORT
OF ITS MOTION FOR SUMMARY JUDGMENT**

DocuSign Envelope ID: 577B06CA-2BE8-4F15-B91F-4B244D6D2663

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------

| | | |
|---|---|---|
| PETROCHOICE HOLDINGS, INC. | x | |
| Plaintiff, | : | <u>CIVIL ACTION</u> |
| | : | |
| - against - | : | |
| | : | No. 19-6152-JMG |
| FRANCIS S. OROBONO, JR., | : | |
| | : | |
| Defendant. | : | |

------------------------------------ x

<u>DECLARATION OF ROBERT WALKER IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>

I, Robert Walker, declare and state as follows:

1. The facts stated herein are within my personal knowledge and if called to testify, I could and would competently do so as set forth herein.

2. I am over the age of 18 and of sound mind and make this Declaration based upon my own personal knowledge and upon the knowledge of PetroChoice Holdings, Inc.

3. I am the Senior Vice President of Sales and Marketing at PetroChoice Holdings, Inc. ("PetroChoice"), and have been in that role since September, 2017.

4. I have reviewed the Complaint filed by PetroChoice in this matter as Dkt. No. 1 (the "Complaint").

5. All of the information in the Complaint is true and correct to the best of my knowledge, information, and belief.

6. I am authorized to make this declaration on PetroChoice's behalf.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the foregoing statements are true and correct to the best of my knowledge.

DATED: July 20, 2021.      By: _____
                                Robert Walker

4815-9673-2146.1