IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

----------------------------------------x
PETROCHOICE HOLDINGS, INC.
    Plaintiff,

- against -

FRANCIS S. OROBONO, JR.,

    Defendant.
----------------------------------------x

CIVIL ACTION

No. 19-6152-JMG

**APPENDIX**

Exhibit 09 - Declaration of Robert Walker in Support of Plaintiff's Motion for Summary Judgment

Exhibit 10 – PHC000252

Exhibit 11 – PHC000600

Exhibit 12 – PHC000648

Exhibit 13 – PHC000847

Exhibit 14 – PHC000863

Exhibit 15 – PHC000864

Exhibit 16 – JWT000408-412

Exhibit 17 – Excerpts from Video deposition transcript of Francis Orobono on September 22, 2020

Dated this 20th day of July, 2021.    Respectfully Submitted,

                                            LEWIS BRISBOIS BISGAARD & SMITH LLP

                                            By:  /s/  *Kayla Dawn Dreyer*
                                                  Steven D. Urgo, ID No. 62773
                                                  550 E. Swedesford Road, Suite 270
                                                  Wayne, Pennsylvania 19087
                                                  Telephone: 215.977.4078
                                                  steven.urgo@lewisbrisbois.com

> Jon Jay Olafson
> 1700 Lincoln Street, Suite 4000
> Denver, CO 80203
> Telephone: 303.861.7760
> Jon.Olafson@lewisbrisbois.com
>
> Kayla Dawn Dreyer
> 1700 Lincoln Street, Suite 4000
> Denver, CO 80203
> Telephone: 303.861.7760
> Kayla.Dreyer@lewisbrisbois.com
>
> *Attorneys for Plaintiff PetroChoice Holdings, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2021, the undersigned served the foregoing **PETROCHOICE HOLDINGS, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** upon counsel via ECF:

Joel L. Frank
Lamb McErlane PC
24 East Market Street
P.O. Box 565
West Chester, PA 19381-0565
jfrank@lambmcerlane.com

Mary-Ellen H. Allen
Lamb McErlane PC
24 East Market Street
P.O. Box 565
West Chester, PA 19381-0565
mallen@lambmcerlane.com
mallen@chescolaw.com

> /s/     *Kayla Dawn Dreyer*
> *A duly signed original is on file at the*
> *Law Offices of LEWIS BRISBOIS*