IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETROCHOICE HOLDINGS, INC., | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 2:19-cv-06152-JMG |
| | : | |
| FRANCIS S. OROBONO, JR., | : | |
|     Defendant. | : | |

**ORDER**

**AND NOW,** this 14th day of January, 2022, after careful consideration of Plaintiff's Motion for Summary Judgment (ECF No. 57), Defendant's Response to the Motion for Summary Judgment (ECF No. 66), Plaintiff's Reply in Support of the Motion for Summary Judgment (ECF No. 70), and for the reasons provided in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion (ECF No. 57) is **GRANTED in part** and **DENIED in part** as follows:

1. The Court **GRANTS** summary judgment in favor of Plaintiff on Plaintiff's DTSA and PUTSA claims (Counts I–II) as to liability.  The Court **DENIES** summary judgment on Plaintiff's DTSA and PUTSA claims (Counts I–II) as to attorney's fees and exemplary damages.

2. The Court **DENIES** summary judgment on Plaintiff's breach of contract and unjust enrichment claims (Counts IV–VI, XI).

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge