IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------- x
PETROCHOICE HOLDINGS, INC.           :
        Plaintiff,                  :  CIVIL ACTION
                                     :
 - against -                         :
                                     :  No. 19-6152-JMG
FRANCIS S. OROBONO, JR.,             :
                                     :
        Defendant.                  :
------------------------------------- x

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly withdraw my appearances on behalf of Plaintiff, PetroChoice Holdings, Inc. in the above matter.

    Dated this 31st day of March, 2022.

Respectfully Submitted,

                        LEWIS BRISBOIS BISGAARD & SMITH LLP

                        By: */s/ Kayla Dawn Dreyer*
                               Steven D. Urgo, ID No. 62773
                               550 E. Swedesford Road, Suite 270
                               Wayne, Pennsylvania 19087
                               Telephone: 215.977.4078
                               steven.urgo@lewisbrisbois.com

                               Jon Jay Olafson
                               1700 Lincoln Street, Suite 4000
                               Denver, CO 80203
                               Telephone: 303.861.7760
                               Jon.Olafson@lewisbrisbois.com

                               Kayla Dawn Dreyer
                               1700 Lincoln Street, Suite 4000

4865-8206-1594.1

Denver, CO 80203
Telephone: 303.861.7760
Kayla.Dreyer@lewisbrisbois.com

*Attorneys for Plaintiff PetroChoice Holdings, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2022, the undersigned served the foregoing **WITHDRAWAL OF APPEARANCE** upon counsel via ECF:

Joel L. Frank
Lamb McErlane PC
24 East Market Street
P.O. Box 565
West Chester, PA 19381-0565
jfrank@lambmcerlane.com

Mary-Ellen H. Allen
Lamb McErlane PC
24 East Market Street
P.O. Box 565
West Chester, PA 19381-0565
mallen@lambmcerlane.com
mallen@chescolaw.com

/s/    Kayla Dawn Dreyer
*A duly signed original is on file at the Law Offices of LEWIS BRISBOIS*

4865-8206-1594.1